UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MELVIN L. JONES,

                        Plaintiff,

        v.

TULALIP TRIBES FINANCE,

                        Defendant.

CASE NO. C17-1155 RSL-BAT

**ORDER GRANTING
APPLICATION TO PROCEED IN
FORMA PAUPERIS**

        Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED**.  Plaintiff

may proceed without prepayment of costs or fees or the necessity of giving security therefore.

        The Clerk is directed to send a copy of this Order to plaintiff.

        DATED this 8th day of August, 2017.



                                                _____
                                                BRIAN A. TSUCHIDA
                                                United States Magistrate Judge